THE HONORABLE RICARDO S. MARTINEZ

UNITED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CECILIA MATHEWS,<br><br>      Plaintiff,<br><br> vs.<br><br>CHARTWELL STAFFING SERVICES, INC.,<br><br>      Defendant. | NO. 3:20-cv-05184-RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED by Plaintiff Cecilia Mathews and Defendant Chartwell Staffing Services, Inc., by and through their undersigned counsel of record, that all claims by and between Plaintiff and Defendant in this action have been resolved and shall be dismissed with prejudice and without award of costs or fees to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and these parties request that the Court enter the Order as indicated below consistent with this stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 21st day of October, 2020.

| GORDON REES SCULLY MANSUKHANI, LLP | MACDONALD HOAGUE & BAYLESS |
|---|---|
| By: *s/ David W. Silke*<br> David W. Silke, WSBA No. 23761<br> Samantha E. Everett, WSBA #47533<br> Emails: dsilke@grsm.com<br>      severett@grsm.com<br>Attorneys for Defendant | By: *s/ Tiffany M. Cartwright (per authorization)*<br> Tiffany M. Cartwright, WSBA #43564<br> Mika K. Rothman, WSBA #55870<br> Emails: tiffanyc@mhb.com<br>      mikar@mhb.com<br>Attorneys for Plaintiff |

STIPULATED MOTION AND ORDER OF
DISMISSAL – 1
(CASE NO. 3:20-cv-05184-RSM)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

## II. ORDER

THIS MATTER having been brought on regularly before the undersigned judge of the above-entitled court upon the foregoing written stipulation of the parties, and inasmuch as this matter has been fully resolved and the court deems itself fully advised in the premises, now, therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiff Cecilia Mathews and Defendant Chartwell Staffing Services, Inc. in the above-entitled action are dismissed with prejudice as to all parties, and without award of costs or fees to either of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED this 22nd day of October, 2020.

_____
THE HONORABLE RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL – 2
(CASE NO. 3:20-cv-05184-RSM)

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2020, the foregoing document will be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered participants:

**3:20-cv-05184-RSM Electronic Mail Notice List:**

- Tiffany M. Cartwright
  tiffanyc@mhb.com, cathyh@mhb.com, chrisb@mhb.com, cristyc@mhb.com, marrym@mhb.com, rebeccat@mhb.com

- Mika K. Rothman
  mikar@mhb.com, cathyh@mhb.com, chrisb@mhb.com

DATED: October 21, 2020.

*/s/ Estela Acosta*
Estela Acosta, Legal Secretary
Email: eacosta@grsm.com

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL – 3
(CASE NO. 3:20-cv-05184-RSM)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5112
Facsimile:   (206) 689-2822